**Order filed May 31, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00319-CV

_____

## ROBERT C. TURNER AND ROGER M. TURNER, Appellants

## V.

## SECURITY BANK, Appellee

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV52380**

## O R D E R

Robert C. Turner and Roger M. Turner timely filed an appeal from a judgment signed by the trial court on August 16, 2017. Security Bank has now filed in this court a suggestion of bankruptcy. *See* TEX. R. APP. P. 8.1. Security Bank indicates that on April 26, 2018, each of the appellants filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. The notice of bankruptcy complies with TEX. R. APP. P. 8.1. Therefore, pursuant to TEX. R. APP. P. 8.2, we

abate this appeal. The parties are requested to inform this court of the resolution of the bankruptcy proceedings or any other event that would allow this appeal to be reinstated. *See* TEX. R. APP. P. 8.3.

This appeal is abated.

PER CURIAM

May 31, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.